**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6761**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ALBERT VINES,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:17-cr-00397-D-1)

_____

Submitted:  March 26, 2026                          Decided:  March 31, 2026

_____

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Albert Vines, Appellant Pro Se.  Lucy Partain Brown, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Vines appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines.[*] We have reviewed the record and discern no abuse of discretion in the denial of Vines's motion. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review). The district court found Vines eligible for a sentence reduction, properly recalculated his advisory Sentencing Guidelines range, and reasonably determined that Vines's mitigating arguments were outweighed by the applicable 18 U.S.C. § 3553(a) factors, including the needs for punishment, deterrence, protection of the public, and promoting respect for the law.

Accordingly, we affirm the district court's order. *United States v. Vines*, No. 5:17-cr-00397-D-1 (E.D.N.C. Sept. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Vines also moved for appointment of counsel. We deny that motion.